# United States District Court
## Western District of North Carolina
### Statesville Division

| | |
|---|---|
| Sherry Vega**,** | JUDGMENT IN CASE |
| Plaintiff(s), | 5:21-cv-00061-GCM |
| vs. | |
| Commissioner of Social Security **,** | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2022 Order.

January 20, 2022

Frank G. Johns, Clerk
United States District Court